CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 27 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **HERBERT JAMES HENRY, JR.,** | ) | Civil Action No. 7:07cv00076 |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | By: Hon. Glen E. Conrad |
| Respondent. | ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the respondent's motion to dismiss shall be and hereby is **GRANTED**. Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 shall be and hereby is **STRICKEN** from the active docket of the court. Any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send a copy of this order and accompanying memorandum opinion to petitioner and counsel of record for respondent.

**ENTER**: This 27th day of February, 2008.

United States District Judge